IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMAR HAYWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Damar Haywood appeared before the court on December 18, 2007 on a Petition for Summons for Offender Under Supervision [28].   The defendant appeared without counsel and the Federal Public Defender's Office is appointed to represent him.   The United States was represented by Assistant U.S. Attorney Jan Sharp.   The court enters a denial of all allegations on behalf of the defendant.

IT IS ORDERED:

1.  The Federal Public Defender's Office is appointed to represent the defendant in this matter.

2. An evidentiary hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m., on January 24, 2008.**  Defendant must be present in person.

Dated this 18th day of December,  2007.

BY THE COURT:

 s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge